# Hulton, Appellant, *v.* Union Ice & Cold Storage Co.

*Appeals—Affidavit of defense—Refusal of judgment.*

An order refusing judgment for want of a sufficient affidavit of defense will not be reversed on appeal, unless the action of the court below appears to be based on a plain error of law.

Argued December 1, 1927. Before MOSCHZISKER, C. J., FRAZER, WALLING, SIMPSON, KEPHART, SADLER and SCHAFFER, JJ.

Appeal, No. 242, Jan. T., 1927, by plaintiff, from order of C. P. No. 4, Phila. Co., Dec. T., 1926, No. 10688, refusing judgment for want of a sufficient affidavit of defense, in case of James Hulton, Sr., v. Union Ice & Cold Storage Co. Affirmed.

Rule for judgment for want of a sufficient affidavit of defense. Before AUDENRIED, P. J.

Rule discharged. Plaintiff appealed.

*Error assigned,* inter alia, was order, quoting record.

*Jos. Embery,* of *Embery, Outterson & Fuges,* for appellant.

*Clarence P. Sterner* and *Frederick H. Warner,* for appellee, were not heard.

PER CURIAM, January 3, 1928:

The court below refused judgment for want of a sufficient affidavit of defense; plaintiff has appealed. This case falls within the principle of Goodrich Rubber Co. v. Motor Tire Corporation, 291 Pa. 185.

The order appealed from is affirmed.